# Court of Appeals
# of the State of Georgia

ATLANTA, _November 12, 2013_

*The Court of Appeals hereby passes the following order:*

**A14D0096.  ROBERTO TELLES BAEZ v. THE STATE.**

On September 10, 2013, the superior court entered an order denying Baez's motion to vacate void sentence. On October 17, 2013, he filed this application for discretionary appeal seeking review of the trial court's order. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011). Because Baez's application was filed 37 days after entry of the order he seeks to appeal, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _11/12/2013_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*